**Dr. Harry KAPLAN, Appellant,**

v.

**Samuel HIRSH, Appellee.**

No. 81–1789.

United States Court of Appeals,
Fourth Circuit.

May 27, 1982.

ORDER

For reasons appearing to the court,

IT IS ORDERED that:

1. the panel and dissenting opinions are withdrawn (696 F.2d 1046);

---

2. the appeal is dismissed for mootness;

3. the case is remanded to the District Court for dismissal for mootness;

4. Judge Murnaghan notes that the panel majority opinion had, in all events, already been vacated, as a consequence of the vote by a majority of the members of the Court in active service in favor of rehearing *en banc.*

Entered at the direction of Judge Hall with the concurrence of the active circuit judges of this court.